# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:22-MJ-64-MGG |
| MUSTAFAA SLIM | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 22, 2022__ in the county of __St. Joseph__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of Kyle L. Lerch, Special Agent, Bureau of Alcohol, Tobacco, Firearms

☑ Continued on the attached sheet.

*Kyle Lerch*
Complainant's signature

Kyle Lerch, SA, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/23/2022

/s/Michael G. Gotsch, Sr.
*Judge's signature*

City and state: South Bend, Indiana

Hon. Michael G. Gotsch, Sr., U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

Kyle L. Lerch, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, being sworn, deposes and states the following:

*Introduction*

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since January of 2016. I have attended the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in investigating violations of the Federal firearm, arson and explosive laws. Prior to being employed by the ATF, I served as police officer with the City of Portage, Indiana for six years. I attended the Indiana Law Enforcement Academy in Plainfield, Indiana, where I received training in enforcing and investigating violations of Indiana state laws. During my time as a police officer, I enforced state criminal violations and investigated such said crimes, specifically Indiana state narcotics violations. My duties included narcotics interdiction and I was a member of the High Intensity Drug Area team (HIDTA). Included in my duties as police officer with the City of Portage, I maintained a position as a canine handler, thus further participating in narcotics investigations. I have been involved in various types of electronic surveillance, and in debriefing of defendants, witnesses and informants. I am currently assigned to the South

Bend Project Disarm Task Force. This group investigates violations of Federal firearms laws, as well as other violations relating to the possession or use of illegal firearms, and the use of firearms while engaged in drug distribution and the manufacture of illegal drugs in the Northern District of Indiana. In the course of business, ATF regularly receives calls and tips from concerned citizens; ATF also receives referrals from local law enforcement agencies on Federal Firearms violators. ATF reviews and investigates this information and takes action based upon determining and substantiating that criminal activity has taken place.

Based on my training and experience, I know that Title 18, United States Code, Section 922(g)(1) provides that it is unlawful for any person previously convicted of a felony to possess a firearm or ammunition.

*Person to be arrested*

I seek to arrest and submit this affidavit in support of a criminal complaint alleging Mustafaa Delvante SLIM with a violation of Title 18, United States Code, Section 922(g)(1): It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce any firearm or ammunition.

*The Investigation*

The information contained in this affidavit was developed during a multi-agency investigation, including the ATF, as it relates to a convicted felon in possession of a firearm and ammunition in the City of South Bend, Indiana, St. Joseph County, in the federal Northern District of Indiana.

1. On March 11, 2022, the Honorable United States Magistrate Judge Michael G. Gotsch, Sr., authorized a federal search warrant for Mustafaa SLIM's Facebook.com profile, which was identified as "vanteslim" (USER ID NUMBER 100001438590682).

2. Upon reviewing the data provided by Facebook, I observed a "messenger conversation" between SLIM and another Facebook user "C.A." on December 24, 2021. In that conversation, SLIM invited "C.A." to 1805 Werwinski, an address in South Bend, Indiana. "C.A." answered: "Who's there." SLIM responded: "That's my crib now." I observed that on January 17, 2022, SLIM had a Facebook conversation with Facebook user "A.D." During the conversation, "A.D." asked SLIM if his address was 1805 Werwinski, to which SLIM responded with "Yup."

3. I and other investigators have conducted stationary and moving surveillance of SLIM on multiple occasion from March of 2022 until June 22, 2022. During that time frame investigators have observed SLIM at 1805 Werwinski on a consistent and constant basis. Investigators observed SLIM

arrive and leave 1805 Werwinski on multiple occasions, as well as stay at the address for extended periods of time.

4. On June 8, 2022, the Honorable United States Magistrate Judge Michael G. Gotsch, Sr., authorized a federal search warrant of 1805 Werwinski Street, South Bend, Indiana under Case No 3:22-MJ-57-MGG. The warrant authorized law enforcement to seize firearms, ammunition, controlled substances, paraphernalia, packaging material, U.S. currency, cellular phones and other items relevant to narcotics and firearms violations.

5. On June 22, 2022, investigators executed the federal search warrant. Prior to making entry into the residence, police knocked and announced their presence. After receiving no response, police manually breached the front door of the residence and secured all occupants inside.

6. Located inside the living room area police located Mustafaa Shareef EL'MALIK (DOB: 06/28/19XX). Inside the northwest bedroom police located Janice Rosie HUDSON (DOB: 08/17/20XX) and Mustafaa Delvante SLIM (DOB: 03-26-19XX). All three subjects located inside the residence were taken to ATF office located at 701 W. Sample Street, South Bend, Indiana.

7. Investigators found SLIM sleeping next to HUDSON on the bed in the northwest bedroom. Under that bed, police found a Glock pistol, model 43X, caliber 9mm, bearing serial number BSRY000. The Glock was loaded

with a magazine holding 10 rounds, plus one in the chamber. Under the bed, police also found an unloaded Hi-Point carbine (rifle), model 995, caliber 9mm, bearing serial number B80492. In the same bedroom inside a clothes "cube," police found a Taurus pistol, model G3C, caliber 9mm, bearing serial number 1KA24726. The Taurus was loaded with a round in the chamber.

8.  Additionally, inside the northwest bedroom police located a black safe. Inside the safe police located ammunition, approximately 10.33 grams of a substance that field-tested positive for a fentanyl/methamphetamine mixture, approximately 15 grams of a substance that field-tested positive for Cocaine HCL, and $7,353.00 in U.S. currency.

9.  I *Mirandized* and interviewed HUDSON, who agreed to answer questions. She said that she did not live at the Werwinski address. HUDSON told me that she was there the morning of June 22 because SLIM invited her to stay the night at his spot. She told me that she was unaware of any guns in the bedroom.

10.  I conducted a criminal history inquiry of SLIM. I learned that SLIM was convicted in 2012 in St. Joseph County, Indiana, of burglary under cause number 71D01-1103-FB-00052 and sentenced to five years imprisonment, to be served in the Indiana Department of Corrections. I also learned that SLIM has a pending felony intimidation case in St. Joseph County, Indiana, under cause 71D03-2104-F6-000390, which is set for a

status hearing on August 15, 2022.

11. It should also be noted as South Bend Police Officer Diggins transported SLIM from 1805 Werwinski to the ATF Office SLIM stated: "All they are going to find are a few guns…they came too early!" Officer Diggins then provided this information to me.

12. I have examined hundreds of firearms over the course of my law enforcement career. To my knowledge, Glock, Hi-Point, and Taurus firearms are not manufactured within the State of Indiana, and thus by their presence in Indiana, they must have traveled in interstate or foreign commerce.

*Conclusion*

Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant and a complaint charging Mustafaa SLIM with violations of Title 18, United States Code, Section 922(g)(1), it does not contain all information known to me concerning this investigation.

Further your affiant sayeth not.

_Kyle Lerch_____
Kyle Lerch, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me this 23rd day of June, 2022.

\_\_\_    /s/Michael G. Gotsch, Sr.    \_\_\_\_
Honorable Michael G. Gotsch, Sr.
Magistrate Judge
U.S. District Court, Northern District of Indiana

7